THEODORE J. KURTZ
NEVADA BAR NO. 1344
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.228.7717
Facsimile:    702.228.8824
Email:        tkurtz@selmanbreitman.com

Attorneys for Defendant ZURICH
AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COX COMMUNICATIONS LAS VEGAS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:13-cv-01483-GMN-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Howard J. Russell of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, counsel for the plaintiff Cox Communications Las Vegas, Inc. and Theodore J. Kurtz of Selman Breitman, LLP, counsel for the defendant Zurich American Insurance Company, that this entire litigation be dismissed with prejudice, with each party to pay their own attorneys' fees and cost.

1

93848.1 465.35197

No trial date has been scheduled in this matter.

DATED: March 9, 2015          SELMAN BREITMAN LLP

By: _____
THEODORE J. KURTZ
NEVADA BAR NO. 1344
3993 Howard Hughes Parkway, #200
Las Vegas, NV 89169-0961
Phone: 702.228.7717
Facsimile: 702.228.8824
Attorneys for Defendant ZURICH
AMERICAN INSURANCE COMPANY

DATED: March 9, 2015          WEINBERG, WHEELER, HUDGINS, GUNN & DIAL

By: _____
HOWARD J. RUSSELL
NEVADA BAR NO. 8879
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
Phone: 702.938.3838
Facsimile: 702.938.3864
Attorneys for Plaintiff COX
CUMMUNICATIONS LAS VEGAS, INC.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 03/11/2015**

2